| 317P16-2 | Ronald Thompson Corbett v. Pat McCrory, Governor | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **09/23/2016** |
|---|---|---|---|
| 320P16 | State v. Janely Higuera Cardenas | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1012) | Denied |
| 321P16 | State v. Clayton James | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-853) | Denied |
| 322P16 | State v. Tishekka Nicole Cain | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-1208)<br><br>2. Def's Motion to Deem PDR Timely Filed<br><br>3. Def's Motion in the Alternative to Treat PDR as a Petition for *Writ of Certiorari* | 1. Denied<br><br>2. Denied<br><br>3. Allowed |
| 325P16 | State v. Christopher Roger Cole, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1291) | Denied |
| 327P16 | Eugene Elliott McKenzie v. Daniel M. Horne, Jr. | 1. Petitioner's *Pro Se* Motion for Petition for Mandate<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Petitioner's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 328P16 | Linwood Wilson v. Barbara Wilson | 1. Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COA15-1141)<br><br>2. Plt's *Pro Se* Motion for Temporary Stay<br><br>3. Plt's *Pro Se* Petition for *Writ of Supersedeas* | 1. Denied<br><br><br>2. Denied **09/06/2016**<br><br>3. Denied |
| 331A16 | State v. Amanda Gayle Reed | 1. State's Motion for Temporary Stay (COA15-363)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's Notice of Appeal Based Upon a Dissent | 1. Allowed **09/06/2016**<br><br>2. Allowed **10/20/2016**<br><br>3. — |